1
2
3
4
5

6              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
7                         AT SEATTLE

8  UNITED STATES OF AMERICA,           )
                                       )
9                         Plaintiff,   )   Case No. MJ10-194
                                       )
10        v.                           )   **DETENTION ORDER**
                                       )
11 RYAN DENTE,                         )
                                       )
12                        Defendant.   )

13      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

14      On April 28, 2010, the Court, conducted a detention hearing pursuant to Title 18 U.S.C. §

15 3142(f).  The defendant has been charged with conspiring to distribute or possess with the intent

16 to distribute 1000 kilograms or more of marijuana.  Defendant did not argue for release and

17 stipulated to detention with leave to argue for release in the Southern District of New York.

18      It is therefore ORDERED:

19      (1)     Defendant shall be detained pending trial and committed to the custody of the

20 Attorney General for confinement in a correctional facility separate, to the extent practicable,

21 from persons awaiting or serving sentences, or being held in custody pending appeal;

22      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

23 counsel;

DETENTION ORDER - 1

(3)　　On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)　　The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of April, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2